# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                  Case Nos.     3:08cr62/LAC/CJK
                                                      3:10cv164/LAC/CJK

**MARCO GREEN**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 12, 2013 (doc. 423). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. Defendant's motion to vacate, set aside, or correct sentence (doc. 323) is **DENIED**.
2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 23rd day of September, 2013.

                                           s/_L.A. Collier_
                                           **LACEY A. COLLIER**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**